IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICKY FREEMAN,

    Plaintiff,

v.

JUSTIN BRANDAU,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-292-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Justin Brandau granting his motion for summary judgment and dismissing this case.

_____      9/16/13
Peter Oppeneer, Clerk of Court            Date